**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                      **CAUSE NO. 2:11CR146-A-V**

**LETHA M. PACE**

### *EX PARTE* ORDER MODIFYING BOND CONDITIONS

Upon motion [16] of Defendant Letha Pace requesting modification of the conditions of her pre-trial release due to facts and circumstances warranting a pre-trial psychiatric evaluation with possible follow-up treatment and care as directed by the U.S. Probation Service, and there being no objection to the same, it is hereby ordered as follows:

The previously imposed conditions of release are hereby modified to allow for pre-trial supervision to include a psychiatric evaluation as directed by the U.S. Probation Service, together with any necessary follow-up care and treatment. While under supervision, Defendant Pace shall not possess any firearm or other dangerous weapon. The conditions of release previously ordered otherwise remain in effect.

SO ORDERED, this the   12th    day of January 2012.

                                                          *s/Jane M. Virden*
                                                          U.S. MAGISTRATE JUDGE